IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| DELPHINE BOONE,<br><br>　　　　　Plaintiff,<br>v.<br><br>DOLGENCORP, INC., et al.<br><br>　　　　　Defendants. | ) ) ) ) ) ) ) ) ) | NO: 4:09-CV-00052-FL |
| THOMAS BOOS,<br><br>　　　　　Plaintiff,<br>v.<br><br>DOLGENCORP, INC., et al.<br><br>　　　　　Defendants. | ) ) ) ) ) ) ) ) ) | NO: 4:09-CV-00053-FL |
| PEGGY VAN OSTRAN,<br><br>　　　　　Plaintiff,<br>v.<br><br>DOLGENCORP, INC., et al<br><br>　　　　　Defendants. | ) ) ) ) ) ) ) ) ) | NO: 4:09-CV-00060-FL |
| TASHA WHITFIELD,<br><br>　　　　　Plaintiff,<br>v.<br><br>DOLGENCORP, INC., et al.<br><br>　　　　　Defendants. | ) ) ) ) ) ) ) ) ) | NO: 4:09-CV-00061-FL |

| | | |
|---|---|---|
| DAWN DIMASCIO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | NO: 5:09-CV-00134-FL |
| DOLGENCORP, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| BRENDA DIXON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | NO: 5:09-CV-00135-FL |
| DOLGENCORP, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| SHARON GOODWIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | NO: 5:09-CV-00137-FL |
| DOLGENCORP, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| NAOMI GRABOWSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | NO: 5:09-CV-00138-FL |
| DOLGENCORP, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| CARMEN ORTIZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | NO: 5:09-CV-00140-FL |
| DOLGENCORP, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| BERNIS HOLMES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | NO: 7:09-CV-47-FL |
| DOLGENCORP, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter is before the court on the Memorandum and Recommendation ("M&R") of Magistrate Judge James E. Gates, entered August 23, 2011, on the parties' joint motion to approve settlements in the above-captioned cases. Judge Gates set the deadline for filing of any objections to the M&R as August 29, 2011, and no party has filed objections. Accordingly, the court adopts the M&R as its own, and for the reasons stated therein, the motion is ALLOWED and the settlements are hereby APPROVED.

SO ORDERED, this the 2nd day of September, 2011.

LOUISE W. FLANAGAN
Chief United States District Judge